**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT CLARK** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTONIO ORIGLIO, INC. d/b/a ORIGLIO BEVERAGE** | : | **NO. 25-1515** |

**ORDER**

**AND NOW**, this **4th** day of **September 2026**, upon consideration of Defendant's Motion for Sanctions (ECF No. 43), Plaintiff's Response in Opposition to Defendant's Motion for Sanctions (ECF No. 46), and the docket, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that the Motion (ECF No. 43) is **DENIED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**