**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ROBERT CLARK,** | : | **CIVIL ACTION** |
| ***Plaintiff,*** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **ANTONIO ORIGLIO, INC.** | : | |
| **d/b/a/ ORIGILIO BEVERAGE,** | : | |
| ***Defendant.*** | : | **NO. 25-1515** |

**ORDER**

**AND NOW**, this **16th** day of **October 2026**, upon consideration of Defendant's Motion for Summary Judgment (the "Defendant's Motion") (ECF No. 44), and the docket, it is hereby **ORDERED** that the Defendant's Motion (ECF No. 44) is **GRANTED**.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**